UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. EDWARD EZOR,<br><br>             Plaintiff,<br><br>   v.<br><br>ELI DAVID MORGENSTERN, et al.,<br><br>             Defendant. | NO.  CV 15-9784-JVS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Defendants' motion to dismiss is granted, that Judgment be entered for the Defendants and that Plaintiff's complaint is dismissed without leave to amend.

DATED:  September 13, 2016

                                       JAMES V. SELNA
                                  United States District Judge