UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| A. EDWARD EZOR, | ) | NO. CV 15-9784-JVS (AGR) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| ELI DAVID MORGENSTERN, et al., | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Judgment is enter for Defendants and that the complaint is dismissed without leave to amend.

DATED: September 13, 2016

_____
JAMES V. SELNA
United States District Judge