UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

A. EDWARD EZOR,                          )          NO.  CV 15-9784-JVS (AGR)
                                         )
              Plaintiff,                 )          AMENDED ORDER ACCEPTING
                                         )          FINDINGS AND RECOMMENDATIONS
       v.                                )          OF UNITED STATES MAGISTRATE
                                         )          JUDGE
ELI DAVID MORGENSTERN, et al.,           )
                                         )
              Defendant.                 )
                                         )

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on

file, and the Report and Recommendation of the United States Magistrate Judge.

Further, the Court has engaged in a *de novo* review of those portions of the Report to

which Plaintiff has objected.  The Court accepts the findings and recommendation of

the Magistrate Judge.

       IT IS ORDERED that Defendants' motions to dismiss are granted, that

Judgment be entered for the Defendants and that Plaintiff's complaint is dismissed

without leave to amend.

DATED:  November 2, 2016        _____
                                          JAMES V. SELNA
                                     United States District Judge