UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. EDWARD EZOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELI DAVID MORGENSTERN, et al.,<br><br>　　　　Defendant. | NO.  CV 15-9784-JVS (AGR)<br><br>AMENDED JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that Judgment is entered for Defendants and that the complaint is dismissed without leave to amend.

DATED:  November 2, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　　　United States District Judge